```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
FRANZ GOLDING,                           :
                                         :
              Petitioner,                :   11-cv-4243 (JSR)(FM)
                                         :       05-cr-538 (JSR)
         -v-                             :
                                         :        ORDER
UNITED STATES OF AMERICA,                :
                                         :
              Respondent.                :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    On July 2, 2014, the Honorable Frank Maas, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter, recommending that the Court deny petitioner Franz Golding's petition filed pursuant to 28 U.S.C. § 2255. Subsequently, on September 11, 2014, petitioner submitted objections to certain portions of the Report and Recommendation. Accordingly, the Court has reviewed the petition and the underlying record de novo.

    Having done so, the Court finds itself in complete agreement with Magistrate Judge Maas's Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court dismisses the petition in all respects. In addition, because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. Moreover, the Court certifies that any appeal from this Order would not be taken in good faith, as petitioner's claims lack any arguable basis in law or fact, and therefore permission to proceed in forma pauperis is also denied. See 28 U.S.C. § 1915(a)(3); see also Seimon v.

Emigrant Savs. Bank (In re Seimon), 421 F.3d 167, 169 (2d Cir. 2005).

Clerk to enter judgment.

    SO ORDERED.

                                                                 JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
         September 27, 2014